UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCELLAS HOFFMAN,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>D. COYLE, et al.,<br><br>　　　　　Defendants. | 1:16-cv-01617 SAB (PC)<br><br>ORDER TO SUBMIT APPLICATION TO PROCEED IN FORMA PAUPERIS FOR A **PRISONER** OR PAY FILING FEE WITHIN 45 DAYS |

Plaintiff Marcellas Hoffman is a federal prisoner proceeding pro se in a civil rights action pursuant to Bivens vs. Six Unknown Agents, 403 U.S. 388 (1971).  Plaintiff has not paid the $400.00 filing fee, or submitted an application to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.

Accordingly, IT IS HEREBY ORDERED that:

1.　　The Clerk's Office shall send to Plaintiff the form for application to proceed in forma pauperis for a prisoner;

2.　　Within forty-five (45) days of the date of service of this order, Plaintiff shall submit the attached application to proceed in forma pauperis, completed and signed, or in the alternative, pay the $400.00 filing fee for this action; and

///

///

3. **Failure to comply with this order will result in dismissal of this action.**

IT IS SO ORDERED.

Dated: __**October 31, 2016**__

UNITED STATES MAGISTRATE JUDGE